[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 2, 2012
JOHN LEY
CLERK

No. 11-12880
Non-Argument Calendar
_____

D.C. Docket No. 4:10-cr-00081-RH-WCS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH LOUIS WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 2, 2012)

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Joseph Louis Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Williams's convictions and sentences are **AFFIRMED.**